Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−19103−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yearn Edna Harris
   88 St. Paul Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−0609

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

   Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Atty Disclosure Statement, Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions, Schedules A/B,C,D,E/F,G,H,I,J,

2. This case will be dismissed on May 16, 2017, unless the missing documents are received on or before that date by the Clerk of the Court at:

   U.S. Bankruptcy Court
   MLK Jr Federal Building
   50 Walnut Street
   Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before May 16, 2017.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED (Most documents were revised effective 12/1/15).**

Dated: May 3, 2017
JAN: smz

Jeanne Naughton
Clerk

If the schedules you file contain more creditors than were included on the list of creditors filed with your petition, you must also file an Amended List of Creditors when you file the documents

listed above. You must also pay a fee in the amount of $31.00 to amend the List of Creditors.
Payment must be made in the form of a certified check, money order or attorney's check.

United States Bankruptcy Court
District of New Jersey

In re:  
Yearn Edna Harris  
    Debtor

Case No. 17-19103-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 03, 2017  
                     Form ID: 180    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.
db         +Yearn Edna Harris,    88 St. Paul Avenue,    Newark, NJ 07106-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 03 2017 22:57:09     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2017 22:57:05     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                    TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Mark Goldman    on behalf of Debtor Yearn Edna Harris yrodriguez@goldmanlaw.org,  
             yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 3