Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−19103−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yearn Edna Harris
   88 St. Paul Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−0609

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    3/28/19
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$1300.00

EXPENSES

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 6, 2019
JAN:

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19103-JKS
Yearn Edna Harris                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 06, 2019
                              Form ID: 137             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.

```
db             +Yearn Edna Harris,    88 St. Paul Avenue,    Newark, NJ 07106-2303
aty            +Raffi T. Khorozian,    Aslanian & Khorozian,    1047 Anderson Avenue,    Fort Lee, NJ 07024-4248
cr             +US Bank C/F Tower DBW IV 2014-1,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
cr             +Wilmington Savings Fund Society, FSB,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516805884      +Bsi Financial Services,    314 S Franklin St,    Titusville, PA 16354-2168
516828821      +Bureau of Housing Inspection,    P.O. Box 810,    Trenton, NJ 08625-0810
516805898      +CMRE Financial Services,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
516805896      +CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy Ste 200,
                 Brea, CA 92821-6753
516805886      +Cap1/dbarn,    Po Box 30253,    Salt Lake City, UT 84130-0253
516805885      +Cap1/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
516805891      +Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516805892      +Chase Manhatton Mortgage,    10801 6th Street,    Rancho Cucamonga, CA 91730-5977
516805893      +Citicorp Trust Bank FSB Mortgage Serv.,    7467 New Ridge Road, Ste. 200,
                 Hanover, MD 21076-3104
517289874      +City of Newark,    Department of Water and Sewer,    C/O Law Department,
                 920 Broad St., Room 316,    Newark, NJ 07102-2609
516805894      +City of Newark,    Tax Collector,    920 Broad Street,    Newark, NJ 07102-2696
517286650      +City of Newark,    Tax Collector,    C/O Law Department,    920 Broad Street, Room 316,
                 Newark, NJ 07102-2609
516805895      +City of Newark,    Department of Water/Sewer,    920 Broad Street, Room B-31F,
                 Newark, NJ 07102-2663
516805902     ++DENTAL HEALTH ASSOCIATES P A,    320 SOUTH MAIN STREET,    PHILLIPSBURG NJ 08865-2859
               (address filed with court: Dental Health Associates, PA,    1146 Stuyvesant Avenue,
                 Irvington, NJ 07111)
516828822      +Ebony Copeland,    c/o Lord Korbrin Albarez & Fattell LLC,    1283 Rt. 22 East,
                 Mountainside, NJ 07092-2620
516988989      +Farley Katz,    41 Watchung Plaza,    #89,    Montclair, NJ 07042-4117
516805903      +Fay Servicing,    P.O. Box 619063,    Dallas, TX 75261-9063
517159380      +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006,    Fay Servicing, LLC,
                 3000 Kellway Dr. 75006-3357
517055559      +Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrollton, TX 75006-3357
516828823      +Ford Motor Credit c/o Hayt & Landau,    2 Industrial Way West,    P.O. Box 500,
                 Eatontown, NJ 07724-0500
516828824      +Hospital Center at Orange,    c/o Brown & Karosen,    112 Broad Street,
                 Bloomfield, NJ 07003-2576
516805911      +PSE & G,    P.O. Box 1444,    New Brunswick, NJ 08903-1444
516805913      +PSE & G,    POB 14444,    New Brunswick, NJ 08906-4444
516883251      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444,    Attn: Bankruptcy
516805910      +Pellegrino & Feldstein, LLC,    Denville Law Center,    290 Rte. 46 West,
                 Denville, NJ 07834-1239
516805914      +Pulse Medical Transportation,    24 Andrews Drive,    Little Falls, NJ 07424-2640
516805915      +Radad Vantage - APC,    CMRE Financial Services, Inc.,    3075 E. Imperial Highway, Ste. 200,
                 Brea, CA 92821-6753
516805916      +Radad Vantage, APE,    Lock Box 9452,    Box 8500,    Philadelphia, PA 19178-0001
516828825      +State of New Jersey,    Attorney General,    P.O. Box 080,    Trenton, NJ 08625-0080
516805918      +U.S. Bank C/F Tower DBW IV 2014-1,    50 South 16th Street,    Suite 2050,
                 Philadelphia, PA 19102-2516
516805919      +Van Ru,    P.O. Box 1084,    Des Plaines, IL 60017-1084
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 23:43:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 23:43:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516805888       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 23:46:08      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
516805887      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 23:47:15      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516805889      +E-mail/Text: bankruptcy@certifiedcollection.com Mar 06 2019 23:43:38
                 Certified Credit & Collection,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
516805890      +E-mail/Text: bankruptcy@certifiedcollection.com Mar 06 2019 23:43:38
                 Certified Credit Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
516805901      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2019 23:43:27
                 Comenity Bank/Ashley Stewart,    Po Box 182789,    Columbus, OH 43218-2789
516805900      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2019 23:43:27
                 Comenity Bank/Ashley Stewart,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516805904      +E-mail/Text: bnc-bluestem@quantum3group.com Mar 06 2019 23:44:20      Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
```

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Mar 06, 2019
                               Form ID: 137                 Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516805905       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 06 2019 23:44:20      Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
516805906       +E-mail/Text: jgoley@leadersfc.com Mar 06 2019 23:43:26      Leaders Financial Comp,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016-3519
516895262       +E-mail/Text: bankruptcy@sccompanies.com Mar 06 2019 23:42:44      Massey’s,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516805907       +E-mail/Text: bankruptcy@sccompanies.com Mar 06 2019 23:42:44      Masseys,    P.O. Box 2822,
                 Monroe, WI 53566-8022
516805908       +E-mail/Text: bankruptcy@onlineis.com Mar 06 2019 23:44:15      Online Collections,    Po Box 1489,
                 Winterville, NC 28590-1489
516996039        E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2019 23:43:40
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516805917       +E-mail/Text: bankruptcy@savit.com Mar 06 2019 23:44:33      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
516895264       +E-mail/Text: bankruptcy@sccompanies.com Mar 06 2019 23:42:44      Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516805897*      +CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy   Ste 200,
                 Brea, CA 92821-6753
516805899*      +CMRE Financial Services,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
517159379*      +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
516805909*      +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516805912*      +PSE & G,   P.O. Box 1444,    New Brunswick, NJ 08903-1444
                                                                                           TOTALS: 0, * 5, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
          Deborah T. Feldstein    on behalf of Creditor    US Bank C/F Tower DBW IV 2014-1
           dfeldstein@caplaw.net
          Justin  Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor Yearn Edna Harris yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```