**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, NJ 07017
(973) 677-9000

Mark Goldman, Esq. # MG8019
Attorney for Debtor(s)

Order Filed on April 2, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Yearn Edna Harris

Case No.: 17-19103
Chapter: 13
Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Goldman & Beslow, LLC_____, the applicant, is allowed a fee of $ _____1,300.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____1,300.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Yearn Edna Harris  
     Debtor

Case No. 17-19103-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 03, 2019  
                    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.  
db          +Yearn Edna Harris,    88 St. Paul Avenue,    Newark, NJ 07106-2303  
aty        +Raffi T. Khorozian,    Aslanian & Khorozian,    1047 Anderson Avenue,    Fort Lee, NJ 07024-4248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:

          Deborah T. Feldstein   on behalf of Creditor   US Bank C/F Tower DBW IV 2014-1  
          dfeldstein@caplaw.net  
          Denise E. Carlon   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana  
          Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
          Justin Plean   on behalf of Creditor   Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,  
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
          Kevin Gordon McDonald   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a  
          Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
          Kevin M. Buttery   on behalf of Creditor   Wilmington Savings Fund Society, FSB  
          bkyefile@rasflaw.com  
          Laura M. Egerman   on behalf of Creditor   Wilmington Savings Fund Society, FSB  
          bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
          Marie-Ann Greenberg   magecf@magtrustee.com  
          Mark Goldman   on behalf of Debtor Yearn Edna Harris yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                             TOTAL: 9