Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−19103−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yearn Edna Harris
   88 St. Paul Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−0609

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/30/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 1, 2019
JAN: zlh

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 17-19103-JKS
Yearn Edna Harris                                               Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: May 01, 2019
                              Form ID: 148             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             +Yearn Edna Harris,    88 St. Paul Avenue,    Newark, NJ 07106-2303
aty            +Raffi T. Khorozian,    Aslanian & Khorozian,    1047 Anderson Avenue,    Fort Lee, NJ 07024-4248
cr             +US Bank C/F Tower DBW IV 2014-1,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
cr             +Wilmington Savings Fund Society, FSB,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516805884      +Bsi Financial Services,    314 S Franklin St,    Titusville, PA 16354-2168
516828821      +Bureau of Housing Inspection,    P.O. Box 810,    Trenton, NJ 08625-0810
516805898      +CMRE Financial Services,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
516805896      +CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy Ste 200,
                 Brea, CA 92821-6753
516805885      +Cap1/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
516805886      +Cap1/dbarn,    Po Box 30253,    Salt Lake City, UT 84130-0253
516805891      +Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516805892      +Chase Manhatton Mortgage,    10801 6th Street,    Rancho Cucamonga, CA 91730-5977
516805893      +Citicorp Trust Bank FSB Mortgage Serv.,    7467 New Ridge Road, Ste. 200,
                 Hanover, MD 21076-3104
517289874      +City of Newark,    Department of Water and Sewer,    C/O Law Department,
                 920 Broad St., Room 316,    Newark, NJ 07102-2609
516805894      +City of Newark,    Tax Collector,    920 Broad Street,    Newark, NJ 07102-2696
517286650      +City of Newark,    Tax Collector,    C/O Law Department,    920 Broad Street, Room 316,
                 Newark, NJ 07102-2609
516805895      +City of Newark,    Department of Water/Sewer,    920 Broad Street, Room B-31F,
                 Newark, NJ 07102-2663
516805902     ++DENTAL HEALTH ASSOCIATES P A,    320 SOUTH MAIN STREET,    PHILLIPSBURG NJ 08865-2859
                (address filed with court: Dental Health Associates, PA,    1146 Stuyvesant Avenue,
                 Irvington, NJ 07111)
516828822      +Ebony Copeland,    c/o Lord Korbrin Albarez & Fattell LLC,    1283 Rt. 22 East,
                 Mountainside, NJ 07092-2620
516988989      +Farley Katz,    41 Watchung Plaza,    #89,    Montclair, NJ 07042-4117
516805903      +Fay Servicing,    P.O. Box 619063,    Dallas, TX 75261-9063
517159380      +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006,    Fay Servicing, LLC,
                 3000 Kellway Dr. 75006-3357
517055559      +Fay Servicing, LLC,    3000 Kellway Drive,    Suite 150,    Carrollton, TX 75006-3357
516828823      +Ford Motor Credit c/o Hayt & Landau,    2 Industrial Way West,    P.O. Box 500,
                 Eatontown, NJ 07724-0500
516828824      +Hospital Center at Orange,    c/o Brown & Karosen,    112 Broad Street,
                 Bloomfield, NJ 07003-2576
516805911      +PSE & G,    P.O. Box 1444,    New Brunswick, NJ 08903-1444
516805913      +PSE & G,    POB 14444,    New Brunswick, NJ 08906-4444
516883251      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444,    Attn: Bankruptcy
516805910      +Pellegrino & Feldstein, LLC,    Denville Law Center,    290 Rte. 46 West,
                 Denville, NJ 07834-1239
516805914      +Pulse Medical Transportation,    24 Andrews Drive,    Little Falls, NJ 07424-2640
516805915      +Radad Vantage - APC,    CMRE Financial Services, Inc.,    3075 E. Imperial Highway, Ste. 200,
                 Brea, CA 92821-6753
516805916      +Radad Vantage, APE,    Lock Box 9452,    Box 8500,    Philadelphia, PA 19178-0001
516828825      +State of New Jersey,    Attorney General,    P.O. Box 080,    Trenton, NJ 08625-0080
516805918      +U.S. Bank C/F Tower DBW IV 2014-1,    50 South 16th Street,    Suite 2050,
                 Philadelphia, PA 19102-2516
516805919      +Van Ru,    P.O. Box 1084,    Des Plaines, IL 60017-1084

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 02 2019 00:33:21       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 00:33:17       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516805888       EDI: CAPITALONE.COM May 02 2019 04:23:00       Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516805887      +EDI: CAPITALONE.COM May 02 2019 04:23:00       Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516805889      +E-mail/Text: bankruptcy@certifiedcollection.com May 02 2019 00:33:14
                 Certified Credit & Collection,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
516805890      +E-mail/Text: bankruptcy@certifiedcollection.com May 02 2019 00:33:14
                 Certified Credit Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
516805901      +EDI: WFNNB.COM May 02 2019 04:23:00       Comenity Bank/Ashley Stewart,    Po Box 182789,
                 Columbus, OH 43218-2789
516805900      +EDI: WFNNB.COM May 02 2019 04:23:00       Comenity Bank/Ashley Stewart,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
516805904      +EDI: BLUESTEM May 02 2019 04:23:00       Fingerhut,    6250 Ridgewood Rd,
                 St Cloud, MN 56303-0820
```

```
District/off: 0312-2           User: admin              Page 2 of 2                Date Rcvd: May 01, 2019
                               Form ID: 148             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516805905      +EDI: BLUESTEM May 02 2019 04:23:00      Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
516805906       E-mail/Text: krivera@leadersfc.com May 02 2019 00:32:49      Leaders Financial Comp,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016
516895262      +EDI: CBSMASON May 02 2019 04:23:00      Massey's,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516805907      +EDI: CBSMASON May 02 2019 04:23:00      Masseys,    P.O. Box 2822,    Monroe, WI 53566-8022
516805908      +E-mail/Text: bankruptcy@onlineis.com May 02 2019 00:33:38       Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
516996039       EDI: Q3G.COM May 02 2019 04:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516805917      +E-mail/Text: bankruptcy@savit.com May 02 2019 00:33:59      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
516895264      +EDI: CBSMASON May 02 2019 04:23:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516805897*     +CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy   Ste 200,
                 Brea, CA 92821-6753
516805899*     +CMRE Financial Services,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
517159379*     +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
516805909*     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516805912*     +PSE & G,    P.O. Box 1444,    New Brunswick, NJ 08903-1444
                                                                                            TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Deborah T. Feldstein    on behalf of Creditor    US Bank C/F Tower DBW IV 2014-1
               dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Yearn Edna Harris yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```