| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on April 30, 2019 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.:  17-19103JKS |
| IN RE:<br><br>    YEARN EDNA HARRIS | Judge:  JOHN K. SHERWOOD |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: April 30, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): YEARN EDNA HARRIS

Case No.: 17-19103JKS

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.


Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Yearn Edna Harris  
    Debtor

Case No. 17-19103-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 01, 2019  
                 Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db            +Yearn Edna Harris,    88 St. Paul Avenue,    Newark, NJ 07106-2303
aty           +Raffi T. Khorozian,    Aslanian & Khorozian,    1047 Anderson Avenue,    Fort Lee, NJ 07024-4248
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
```
              Deborah T. Feldstein    on behalf of Creditor    US Bank C/F Tower DBW IV 2014-1
               dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Yearn Edna Harris yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                          TOTAL: 9